**Order entered December 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01181-CV

### IN THE INTEREST OF P.M.K., MINOR CHILD

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-51588-2015**

## ORDER

In response to the Court's November 30, 2015 order concerning the appellate record, appellant has filed a letter informing us he has paid the fee for the clerk's record and has left unreturned messages for one of the three court reporters who reported a portion of the proceedings designated to be included in the reporter's record. Appellant asks we grant an additional thirty-five days for the record to be filed. We **GRANT** appellant's request to the extent we **ORDER** Collin County District Clerk Yoon Kim to file the record no later than December 21, 2015. Further, we **ORDER** Indu Bailey, as the Official Court Reporter of the 219th Judicial District Court, to coordinate with the other reporters and ensure appellant is informed of the cost of all records he has requested so that payment may be made and those records filed no later than January 19, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Kim, Ms. Bailey, and the parties.

/s/    CRAIG STODDART
       JUSTICE